Maurice J. Sherow, Plaintiff-Appellant, v. Maurice L. Hirsch, Joseph Hirsch and Sidney Hirsch, as Trustees Under the Last Will and Testament of Harry Hirsch, Deceased, and Joseph Hirsch and Maurice L. Hirsch, Individually, Rushba Corporation, an Illinois Corporation, and Live Stock National Bank of Chicago, as Trustee Under Trust Numbers 12280, 12281, 12284, 12296, 12297, 12328 and 12920, Defendants-Appellees.

Gen. No. 49,691.

First District, Second Division.

September 28, 1965.

Curtis, Friedman & Marks, of Chicago (Louis David Friedman and Robert S. Blatt, of counsel), for appellant; Lasky and Hirsch, William W. Hartman, Sidney S. Schiller, of Chicago (Sidney H. Hirsch, Jay R. Lasky, William W. Hartman, and Sidney S. Schiller, of counsel), for appellees. Opinion by JUSTICE LYONS. Not to be published in full.